UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GUSTAVO A. R. G.,[1]

Petitioner,

v.

WARDEN, *et al.*,

Respondents.

Case No. 1:26-cv-01874-JLT-FJS (HC)

ORDER DIRECTING PETITIONER TO FILE STATUS REPORT

SEVEN (7) DAY DEADLINE

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The instant Petition was filed on March 9, 2026. (ECF No. 1.) Petitioner prays for issuance of a writ to hold a hearing to determine whether Petitioner's detention is warranted. (*Id.* at 17 ¶ 2.) The government acknowledges that Petitioner is detained under 8 U.S.C. § 1226(a) and is eligible for a bond hearing before an immigration judge. (ECF No. 9 at 1.)

On July 14, 2026, Respondents filed a status report indicating that Petitioner appeared with counsel at a bond hearing scheduled for July 2, 2026. (ECF No. 14.) At this hearing, counsel

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits petitioner's full name, using only the first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

for Petitioner withdrew the request for the custody re-determination hearing, and the request to withdraw was granted without prejudice. (ECF No. 14-1.)

It appears Petitioner has a master hearing scheduled for July 29, 2026. *See* Executive Office for Immigration Review Automated Case Information, https://acis.eoir.justice.gov/en/caseInformation/, (search conducted utilizing Petitioner's alien number).

Considering the issues presented in this matter, within seven (7) days from the date of service of this order, Petitioner is ORDERED to provide a brief status update indicating whether Petitioner intends to request a custody redetermination hearing before July 29, 2026, and why the instant Petition's prayer for a custody determination should survive Petitioner's voluntary withdrawal of the July 2, 2026, bond hearing.

IT IS SO ORDERED.

Dated: **July 21, 2026**

UNITED STATES MAGISTRATE JUDGE